JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR3

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Charlie Park,<br><br>        Debtor. | ) Case No. 6:15-bk-18018-MH<br>)<br>) Chapter 13<br>)<br>) **OBJECTION TO CONFIRMATION OF**<br>) **CHAPTER 13 PLAN**<br>)<br>) **341(a) Meeting of Creditors:**<br>) Date:  9/24/2015<br>) Time:  8:00 AM<br>) Place:  3801 University Avenue<br>)        Riverside CA<br>)<br>) **Confirmation Hearing:**<br>) Date:  10/2/2015<br>) Time:  1:30 PM<br>) Ctrm:  303, 3rd Floor<br>) Place:  3420 Twelfth Street<br>)        Riverside CA<br>)<br>) Judge: Mark D. Houle<br>) |

U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR3, its assignees and/or successors, by and through its servicing agent Wells Fargo Home Mortgage, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Charlie Park.

1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 5/1/2034 and is secured by a Deed of Trust on the subject property commonly known as 13307 Babbling Brook Way, Corona, CA 92880. As of 8/12/2015, the amount in default was approximately $88,099.16, incurred with respect to the default. The Proof of Claim shall be filed on or before the claims deadline of 12/23/2015; however, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

2. The proposed Plan does not provide for pre-petition arrearages owed to Secured Creditor. To cure the pre-petition arrearages of approximately $88,099.16 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $1,468.32 per month from the Debtor through the Plan. Debtor does not provide for payments either to the Trustee or to Secured Creditor through the Plan. Pursuant to Debtor's Schedules, Debtor's expenses exceed income, leaving a net income of minus $1,264.00. Debtor has not provided sufficient funds to cure the arrears over the term of the Plan within 60 months. The Plan is blank. Pursuant to Schedules I and J, Debtor has negative net income. A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "1"**. As such, Debtor does not have sufficient net income to make a plan payment. In addition, Debtor does not have sufficient net income to include Secured Creditor in a plan payment. Therefore, the plan is not feasible.

3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

////

////

4. The Debtor's Plan proposes to pay unsecured creditors ahead of the secured claim of the objecting Creditor. Such a proposal is not allowed and Secured Creditor objects to such a plan. Accordingly, the Plan should not be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

9/14/2015

By: /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Attorney for Secured Creditor

M&H File No. CA-15-118206

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/16/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Rod Danielson
notice-efile@rodan13.com

**US TRUSTEE**
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **9/16/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Charlie Park, 13307 Babbling Brook Way, Corona, CA 92880

**JUDGE'S COPY**
The Honorable Judge, Mark D. Houle, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Suite 369, Riverside, CA, 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/16/2015 | **Christian Aguilar** | /s/ Christian Aguilar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Fill in this information to identify your case:

Debtor 1: Charlie Park

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Real Estate Appraiser | |
   | Employer's name | William Fall Group | |
   | Employer's address | 2203 S. Figueroa Street<br>Los Angeles, CA 95814 | |
   | How long employed there? | 2 | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,000.00 | $ _____ |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | $ 4,000.00 | $ _____ |

Official Form B 6I    Schedule I: Your Income

EXHIBIT 1

Debtor 1    Charlie Park
         First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................................ → | 4. | $ 4,000.00 | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 314.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $_____ |
| 5e. Insurance | 5e. | $ 0.00 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $_____ |
| 5g. Union dues | 5g. | $ 0.00 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 0.00    $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 3,686.00    $_____

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $_____

   8b. **Interest and dividends**    8b.    $ 0.00    $_____

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $_____

   8d. **Unemployment compensation**    8d.    $ 0.00    $_____

   8e. **Social Security**    8e.    $ 0.00    $_____

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____    8f.    $ 0.00    $_____

   8g. **Pension or retirement income**    8g.    $ 0.00    $_____

   8h. **Other monthly income.** Specify: _____    8h. +$ 0.00    + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 0.00    $_____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 3,686.00    +    $_____    =    $ 3,686.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ 3,686.00
    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

    ☑ No.
    ☐ Yes. Explain: _____

Official Form B 6I      Schedule I: Your Income      page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Charlie Park |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?   ☐ No
   Do not list Debtor 1 and Debtor 2.   ☑ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Stepson | 21 | ☐ No ☑ Yes |
   | Stepson | 24 | ☐ No ☑ Yes |
   | Daughter | 13 | ☐ No ☑ Yes |
   | _____ | ___ | ☐ No ☐ Yes |
   | _____ | ___ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ☑ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

| | | | | |
|---|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ | 2,500.00 |
| | If not included in line 4: | | | |
| 4a. | Real estate taxes | 4a. | $ | 600.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Debtor 1  Charlie Park
         First Name  Middle Name  Last Name

Case number (if known)_____

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans  5. $ 600.00

6. **Utilities:**
   6a. Electricity, heat, natural gas  6a. $ 150.00
   6b. Water, sewer, garbage collection  6b. $ 50.00
   6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $ 100.00
   6d. Other. Specify: _____  6d. $ _____

7. **Food and housekeeping supplies**  7. $ 500.00

8. **Childcare and children's education costs**  8. $ 0.00

9. **Clothing, laundry, and dry cleaning**  9. $ 50.00

10. **Personal care products and services**  10. $ 0.00

11. **Medical and dental expenses**  11. $ 0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.  12. $ 200.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $ 0.00

14. **Charitable contributions and religious donations**  14. $ 0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance  15a. $ 0.00
    15b. Health insurance  15b. $ _____
    15c. Vehicle insurance  15c. $ _____
    15d. Other insurance. Specify: _____  15d. $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  16. $ 0.00

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1  17a. $ 0.00
    17b. Car payments for Vehicle 2  17b. $ _____
    17c. Other. Specify: _____  17c. $ _____
    17d. Other. Specify: _____  17d. $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**  18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____  19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property  20a. $ 0.00
    20b. Real estate taxes  20b. $ _____
    20c. Property, homeowner's, or renter's insurance  20c. $ _____
    20d. Maintenance, repair, and upkeep expenses  20d. $ _____
    20e. Homeowner's association or condominium dues  20e. $ _____

Official Form B 6J                    Schedule J: Your Expenses                    page 2

Debtor 1    Charlie Park
          First Name    Middle Name    Last Name             Case number (if known)_____

21. **Other.** Specify: _____    21. +$ _____0.00

22. **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22. $ _____4,950.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ _____3,686.00

   23b. Copy your monthly expenses from line 22 above.    23b. –$ _____4,950.00

   23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income*.    23c. $ _____–1,264.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.    Explain here:

Official Form B 6J           Schedule J: Your Expenses           page 3